E-FILED
Tuesday, 30 April, 2013  02:51:54 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

## Title

- **Title of Work:** The Company You Keep
- **Nature of Work:** Motion Picture

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
- **Author Created:** Producer of Motion Picture
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- **Transfer Statement:** By Written Agreement

## Limitation of copyright claim

- **Material excluded from this claim:** A Novel; A Screenplay
- **Previously registered:** No
- **Previous registration and year:** PAu 3 578-816    2011
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

- **Name:** Nicholas Chartier
- **Date:** October 17, 2012

Page 1 of 2

**Registration #:** PAU003660935
**Service Request #:** 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC | (\DossierNumb) | Title | RightsOwner | FileName | FileHash | ISP | Region | city | District | Province |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 98.213.7.214 | 2D41SA34353 | Vuze 4.5.0.4 | 04/27/2013 | 0 S0054-00008 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Comcast Cabl | Illinois | Kewanee | Illinois Central | Henry |
| 2 | 98.214.225.65 | 2D42430313 | BitComet 1.35 | 04/23/2013 | 1 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Comcast Cabl | Illinois | Decatur | Illinois Central | Macon |
| 3 | 66.94.206.2 | 2D55S433333 | µTorrent 3.3.0 | 04/22/2013 | 0 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Family Video | Illinois | Pekin | Illinois Central | Tazewell |
| 4 | 98.214.118.24 | 2D54S232373 | Transmission. | 04/22/2013 | 1 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Comcast Cabl | Illinois | Canton | Illinois Central | Fulton |
| 5 | 76.77.237.10 | 4D37D372D: | BitTorrent 7.7 | 04/20/2013 | 1 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Madison Telep | Illinois | Staunton | Illinois Central | Macoupin |
| 6 | 208.124.83.4 | 4D36D3332D: | BitTorrent 6.3 | 04/18/2013 | 0 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Consolidated | Illinois | Mattoon | Illinois Central | Coles |
| 7 | 50.141.144.25 | 2D55S433323 | µTorrent 3.2.3 | 04/18/2013 | 0 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Comcast Cabl | Illinois | Bloomington | Illinois Central | McLean |
| 8 | 98.215.136.10 | 2D41SA34353 | Vuze 4.5.0.4 | 04/18/2013 | 0 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Comcast Cabl | Illinois | Galesburg | Illinois Central | Knox |
| 9 | 66.163.108.2 | 2D41SA34393 | Vuze 4.9.0.0 | 04/18/2013 | 0 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | AB Wireless | Illinois | Dawson | Illinois Central | Sangamon |
| 10 | 50.103.224.20 | 2D41SA34399 | Vuze 4.9.0.0 | 04/17/2013 | 0 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Frontier Comr | Illinois | Jacksonville | Illinois Central | Morgan |
| 11 | 98.253.203.15 | 4D37D372D: | BitTorrent 7.7 | 04/15/2013 | 1 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Comcast Cabl | Illinois | Springfield | Illinois Central | Sangamon |
| 12 | 50.122.45.111 | 2D42430313 | BitComet 1.33 | 04/15/2013 | 0 S0054-00007 | The Company | VOLTAGE | The Company | SHA1: 745BD5 | Frontier Comr | Illinois | Bloomington | Illinois Central | McLean |