# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINIOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-04041 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1- 12, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING LOCAL RULE 11.3 DISCLOSURE STATEMENT

The undersigned, counsel of record for TCYK, LLC furnishes the following in compliance with Rule 11.3 of this court.

(1)  The full name of every party the attorney represents in the case is TCYK, LLC;

(2)  TCYK, LLC is a non- governmental corporate party and does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

(3)  Keith A. Vogt and Masaru Takiguchi are the only attorneys expected to appear for TCYK, LLC in the case. Both attorneys are in the process of forming a firm entitled Takiguchi & Vogt, LLP which will be involved in the case once established.

DATED:  May 8, 2013                    Respectfully submitted,

                                                                   TCYK, LLC

                                                                   By:     s/ Keith A. Vogt
                                                                          Keith A. Vogt (Bar No. 6207971)
                                                                           1550 West Carroll
                                                                           Chicago, Illinois 60607
                                                                           (312) 583-3400
                                                                           KeithVogtJD@gmail.com
                                                                           Attorney for Plaintiff

4:13-cv-04041-SLD-JAG   # 3   Page 2 of 2