E-FILED
Monday, 01 July, 2013  11:29:41 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-CV-4041 |
| | ) |
| v. | ) |
| | ) |
| 1-12, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE # 11, OWNER OF IP ADDRESS 98.253.203.154

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 11, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.253.203.154.

DATED:  July 1, 2013          Respectfully submitted,

                              TCYK, LLC

                              By:    s/ Keith A. Vogt
                                     Keith A. Vogt (Bar No. 6207971)
                                     1550 West Carroll
                                     Chicago, Illinois 60607
                                     (312) 583-3400
                                     KeithVogtJD@gmail.com
                                     Attorney for Plaintiff