E-FILED
Thursday, 25 July, 2013  11:46:19 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-CV-4041 |
| | ) |
| v. | ) |
| | ) |
| 1-12 | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
## DOE # 4, OWNER OF IP ADDRESS 98.214.118.241

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 4, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.214.118.241.

DATED:  July 25, 2013            Respectfully submitted,

                                 TCYK, LLC

                                 By:   s/ Keith A. Vogt
                                       Keith A. Vogt (Bar No. 6207971)
                                       Takiguchi & Vogt
                                       1415 W. 22nd Street, Tower Floor
                                       Oak Brook, Illinois 60523
                                       (773) 340-9469
                                       Attorney for Plaintiff